ARDELLE DOOLEY, an Infant, by THEODORA DOOLEY, Her Guardian ad Litem, Respondent, v. JOSEPH A. LANDAY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

ROBERT PEARLMAN, Appellant, v. EDWARD GOLDING, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.; Sherman, J., dissents.

PAULINE GILFOND and LOUIS GILFOND, Respondents, v. KINSEL REALTY CORPORATION, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CARMINE CONFORTE, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

101 WEST KINGSBRIDGE ROAD CORPORATION, Respondent, v. OSCAR HAAS, Appellant.— Determination affirmed, with costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

ROBERT POOLE, Respondent, v. HARTFORD ACCIDENT AND INDEMNITY COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PARIS DENTAL PARLORS COMPANY, INC., Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

DELTON FOX, Respondent, v. MICHAEL STAUB, Appellant, Impleaded with Another, Defendant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

ROSELAND BOOTERY, INC., Respondent, v. MILLER SAW-TRIMMER CO., INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

MARY SPRINGSTEEL, as Administratrix, etc., of MARY RITA SPRINGSTEEL, Deceased, Respondent, v. CARROLL S. SMITH, Defendant, Impleaded with DE LA VERGNE MACHINE COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

PAULA H. ROSNER, Appellant, v. HARRY COGLIANESE, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

FRANK SPARACIO, Appellant, v. KARL W. KOCH, INC., and NEW YORKER HOTEL CORPORATION, Respondents.— Judgment appealed from as to the defendant New Yorker Hotel Corporation affirmed, with costs to the said respondent. Judgment appealed from as to the defendant Karl W. Koch, Inc., reversed as inadequate, the action severed and a new trial ordered, with costs to the appellant to abide the final judgment in the action as against said respondent. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

In the Matter of EMILY A. MAXWELL, Deceased.*— Decree affirmed, with costs to the respondents payable out of the estate. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

* Affd., 258 N. Y. 615.